The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and RB Health (US), LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>   v.<br><br>SEHRISH GUL, an individual; MUHAMMAD REHBAR, an individual; PRASENJIT GOPE, an individual, d/b/a Gopech Stores LLC; IKHTISHAM UL HAQ, an individual, d/b/a Khateen LLC; RIDA ARIF, an individual, d/b/a PR-Ecommerce LLC; ZAHID UR REHMAN, an individual, d/b/a Rzglobe LLC; ZAMRUD KHAN, an individual, d/b/a ShoppingEmbassy LLC; ADNAN FARAZ, an individual, d/b/a SkyTwilight Store LLC; ONTHEGO GOPECH LLC, a Texas limited liability company; KHATEEN LLC, a Wyoming limited liability company; PR-ECOMMERCE LLC, a Texas limited liability company; RZGLOBE LLC, a Texas limited liability company; A SHOPPINGEMBASSY LLC, a Texas limited liability company; SKYTWILIGHT LLC, a Florida limited liability company; and DOES 1-10,<br><br>          Defendants. | No. 2:25-cv-00371-KKE<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:25-cv-00371-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and RB Health (US), LLC (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,300 words.

SO ORDERED this 4th day of December 2025.

Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

/s/ Scott Commerson
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:25-cv-00371-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax