UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SUHAIL BIN RASHID, <br><br> Defendant(s). | CASE NO. C25-0371-KKE <br><br> ORDER REFERRING CASE TO A UNITED STATES MAGISTRATE JUDGE PURSUANT TO GENERAL ORDER 03-23 |

Now before the Court is Plaintiffs' ex parte motion for alternative service on Defendants Sehrish Gul, Muhammad Rehbar, Prasenjit Gope, Ikhtisham Ul Haq, Rida Arif, Zahid Ur Rehman, Zamrud Khan, and Adnan Faraz. Dkt. No. 23. Previously, Plaintiffs filed a notice that this case is an Amazon counterfeit enforcement action subject to General Order 03-23. *See* Dkt. No. 3. The Court therefore directs the Clerk to refer the matter to one of the designated Magistrate Judges consistent with General Order W.D. Wash. GO 03-23. The case against the served Defendants is STAYED pending the Magistrate Judge's resolution of service issues. GO 03-23 at 3.

Dated this 10th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER REFERRING CASE TO A UNITED STATES MAGISTRATE JUDGE PURSUANT TO GENERAL ORDER 03-23 - 1