The Honorable Kymberly K. Evanson
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and RB Health (US), LLC, a Delaware limited liability company, | No. 2:25-cv-00371-KKE-BAT |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' *EX PARTE* RENEWED MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS IKHTISHAM UL HAQ, RIDA ARIF, ZAMRUD KHAN, AND ADNAN FARAZ** |
| v. | |
| SEHRISH GUL, an individual; MUHAMMAD REHBAR, an individual; PRASENJIT GOPE, an individual, d/b/a Gopech Stores LLC; IKHTISHAM UL HAQ, an individual, d/b/a Khateen LLC; RIDA ARIF, an individual, d/b/a PR-Ecommerce LLC; ZAHID UR REHMAN, an individual, d/b/a Rzglobe LLC; ZAMRUD KHAN, an individual, d/b/a ShoppingEmbassy LLC; ADNAN FARAZ, an individual, d/b/a SkyTwilight Store LLC; ONTHEGO GOPECH LLC, a Texas limited liability company; KHATEEN LLC, a Wyoming limited liability company; PR-ECOMMERCE LLC, a Texas limited liability company; RZGLOBE LLC, a Texas limited liability company; A SHOPPINGEMBASSY LLC, a Texas limited liability company; SKYTWILIGHT LLC, a Florida limited liability company; and DOES 1-10, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* RENEWED MOTION FOR ALTERNATIVE SERVICE - 1 (2:25-cv-00371-KKE-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendants Sehrish Gul, Muhammad Rehbar, Ikhtisham Ul Haq, Rida Arif, Zamrud Khan, and Adnan Faraz (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and RB Health (US), LLC (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

1.     Plaintiffs' Motion is **GRANTED**.

2.     Plaintiffs are authorized to serve the following Defendants via the email addresses and WhatsApp LLC ("WhatsApp") accounts listed below:

- on Defendant Arif through the Payoneer Email Address registered to her—ridaarif028@gmail.com;

- on Defendant Ul Haq through the Payoneer Email Address registered to him—ikhtishamulhaq811@gmail.com;

- on Defendant Khan through the Payoneer Email Address registered to him—ethisham3341@gmail.com;

- on Defendant Faraz through the Faraz Gmail Address—afaraz3341@gmail.com;

- on Defendant Gul through her WhatsApp account at +92 316 5001100; and

- on Defendant Rehbar through his WhatsApp account at +92 307 5574020.

SO ORDERED this 6th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
RENEWED MOTION FOR ALTERNATIVE SERVICE - 2
(2:25-cv-00371-KKE-BAT)

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*


*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
RENEWED MOTION FOR ALTERNATIVE SERVICE - 3
(2:25-cv-00371-KKE-BAT)