UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., | CASE NO. C25-0371-KKE |
| Plaintiff(s), | ORDER ON STATUS REPORT |
| v. | |
| SUHAIL BIN RASHID, | |
| Defendant(s). | |

This matter comes before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and RB Health (US), LLC's status report.  Dkt. No. 46.  Therein, Plaintiffs indicate they are "still awaiting third parties to complete productions" and that they anticipate receiving completed productions and responses within three weeks.  *Id.* at 2.  They accordingly request an additional 120 days to either file a further status report with the Court or seek default judgment against Defendants.  *Id.*  The Court GRANTS Plaintiffs' request.  Plaintiffs shall either file a status report apprising the Court of the status of discovery or seek default judgment against Defendants by November 11, 2026.

Dated this 16th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON STATUS REPORT - 1