UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., et al.,

Plaintiff(s),

v.

SUHAIL BIN RASHID,

Defendant(s).

CASE NO. C25-0371-KKE

ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and RB Health (US), LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 5,500 words. Dkt. No. 50.

Dated this 9th day of November, 2026.

Kymberly K. Evanson
United States District Judge